UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS SENIOR, *on behalf of herself and all other persons similarly situated*,<br><br>         Plaintiffs,<br><br>     v.<br><br>WINTEROWD FINE ART, L.L.C.,<br><br>         Defendant. | 22-CV-7679 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Plaintiff in this matter has notified the Court that she intends to file an amended complaint by January 6, 2023. Accordingly, the initial pretrial conference scheduled for December 22, 2022 is adjourned until February 3, 2023 at 2:00 p.m. The parties shall submit their proposed case management plan and joint letter by no later than January 27, 2023.

SO ORDERED.

Dated: December 12, 2022
     New York, New York

                   Hon. Ronnie Abrams
                   United States District Judge