UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAGROS SENIOR,<br><br>                    Plaintiff,<br><br>          v.<br><br>WINTEROWD FINE ART, L.L.C.,<br><br>                    Defendant. | No. 22-cv-7679 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

A telephonic conference was previously scheduled in this matter for February 3, 2023 at 2:00 p.m. p.m. Due to a conflict, the conference is hereby rescheduled to February 2, 2023 at 11:15 a.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be adjourned.

SO ORDERED.

Dated:   January 31, 2023
         New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge